FILED

APR 0 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

1   BENJAMIN B. WAGNER
    United States Attorney
2   TODD A.PICKLES
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF APPLICATIONS OF      CASE NOS.    2:12-SW-278 EFB
    THE UNITED STATES OF AMERICA FOR                   2:12-SW-279 DAD
    AUTHORIZATION TO OBTAIN LOCATION                   2:12-SW-295 DAD
12  DATA CONCERNING CELLULAR                           2:12-SW-319 DAD
    TELEPHONES                                         2:12-SW-349 GGH
13                                                     2:12-SW-676 EFB
                                                       2:12-SW-679 EFB
14                                                     2:12-SW-788 KJN
                                                       2:12-SW-789 KJN
15                                                     2:13-SW-153 DAD
                                                       2:13-SW-154 DAD
16                                                     2:13-SW-241 EFB
                                                       2:13-SW-302 KJN
17                                                     2:13-SW-304 KJN
                                                       2:13-SW-330 KJN
18                                                     2:13-SW-349 AC
                                                       2:13-SW-355 AC
19                                                     2:13-SW-351 KJN
                                                       2:13-SW-374 AC
20                                                     2:13-SW-406 EFB
                                                       2:13-SW-408 EFB
21                                                     2:13-SW-409 EFB
                                                       2:13-SW-418 EFB
22                                                     2:13-SW-423 EFB

23                                       REQUEST TO UNSEAL AND [PROPOSED]
                                         ORDER
24

25

26

27

28

REQUEST TO UNSEAL AN D PROPOSED ORDER                    1

## REQUEST TO UNSEAL

The Court has sealed the applications and orders authorizing the United States to obtain location data of various cellular telephones as further identified in the above-captioned matters. The Grand Jury has returned indictments in *United States v. Velardes-Zazueta, et al.*, 2:13-cr-227 GEB, and six related cases as part of a Title III investigation conducted by the Drug Enforcement Administration. The applications in the above-referenced matters relate to that investigation. To date, most of the defendants in those cases have been apprehended, arraigned, and judicial process has begun. Therefore, the United States requests that the above-referenced matters be unsealed and that the United States be permitted to provide copies to the defendants through their counsel.

Respectfully submitted,

Dated: April 3, 2014

BENJAMIN B. WAGNER
United States Attorney

By: _____

TODD A. PICKLES
Assistant United States Attorney

## [PROPOSED] ORDER

The Court hereby orders that the applications and orders as well as the sealing orders in the above-referenced matters shall be unsealed and made part of the public record.

Dated: 4-3-2014

_____

Honorable Edmund F. Brennan
United States Magistrate Judge